■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL BONANO, Appellant. [998 NYS2d 623]—

Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered May 12, 2011, convicting defendant, upon his plea of guilty, of two counts of auto stripping in the second degree, and sentencing him, as a second felony offender, to concurrent terms of 1½ to 3 years, unanimously affirmed.

After sufficient inquiry, the court properly found that defendant had violated his plea agreement and had thus forfeited the opportunity for a more lenient disposition (*see People v Fiammegta*, 14 NY3d 90, 98 [2010]). Before imposing the promised sentence, the court reviewed the latest drug treatment program's report and heard defendant's version of the events. It was undisputed that defendant had absconded from one drug treatment program and had been discharged by another program as a result of his confrontational behavior and refusal to follow staff instructions. Under the circumstances, there was no need for a hearing or a further inquiry into defendant's claims regarding his claimed excuses for his belligerent behavior at the latter program (*see People v Valencia*, 3 NY3d 714 [2004]; *People v Redwood*, 41 AD3d 275 [1st Dept 2007], *lv denied* 9 NY3d 880 [2007]). Concur—Gonzalez, P.J., Renwick, DeGrasse, Manzanet-Daniels and Gische, JJ.